**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 13-cr-00120-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3. JORDAN RAY RYINES,

    Defendant.

**ORDER GRANTING GOVERNMENT'S MOTION FOR
SENTENCE REDUCTION**

**Blackburn, J.**

The matter before me is the **Government's Motion For a Further Modest Sentencing Reduction Pursuant to the Provisions of Rule 35(b) Fed. R. Crim. P.** [#350][1] filed March 20, 2015. After careful review of the motion and the relevant record, I grant the motion because I find and conclude that under Fed. R. Crim. P. 35(b)(1), the motion is made within one year of sentencing, and the defendant provided substantial assistance after sentencing in investigating and prosecuting two other codefendants.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Government's Motion For a Further Modest Sentencing Reduction Pursuant to the Provisions of Rule 35(b) Fed. R. Crim. P.** [#350] filed March 20, 2015, is **GRANTED**;

---

[1] "[#350]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2. That defendant's sentence to imprisonment is **REDUCED** by twelve (12) months from forty-five and one-half (45½) months to a total term of thirty-three and one-half (33½) months[2];

3. That the **Judgment in a Criminal Case** [#312] entered September 4, 2014, **SHALL BE AMENDED AND SUPPLEMENTED** to the extent necessary to facilitate and implement these orders, but is otherwise ratified and reaffirmed; and

4. That this order shall be served on counsel for the government and the defendant and on the Bureau of Prisons.

Dated May 28, 2015, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge

---

[2] In its motion the government erroneously recites the extant sentence to be forty-eight months. *See* Motion at 2. However, the judgment fixes the sentence at forty-five and one-half months. *See* Judgment at 2. I have presumed that the government is seeking a reduction of twelve months from the total sentence – whether forty-five and one-half months or forty-eight months. If I have judged improvidently, I will anticipate the government's motion to reconsider.